AO 93 (Rev. 11/13)   Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of )<br>The entire premises located at 614 Green Tree Meadows )<br>Drive, Lake Saint Louis, MO 63367, and any person )<br>located at the SUBJECT PREMISES. )<br>(See Attachment A.) ) | No. 4:20 MJ 8007 SRW<br>**FILED UNDER SEAL**<br><br>SIGNED AND SUBMITTED TO THE COURT FOR<br>FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Missouri___
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before ___September 28, 2020___ *(not to exceed 14 days)*
 XX   in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Stephen R. Welby___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
 ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and Time issued:  ___9/15/2020 AT 9:15 AM___   _____
                                                                 *Judge's signature*

City and State:   ___St. Louis, Missouri___   ___Honorable Stephen R. Welby, U.S. Magistrate Judge___
                                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.: 4:20 MJ 8007 SRW | Date and time warrant executed: 9/24/2020 6:00AM | Copy of warrant and inventory left with: Patricia Hanson |
|---|---|---|

Inventory made in the presence of:
Patricia Hanson

Inventory of the property taken and name of any person(s) seized:

See Attached FD 597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/29/2020

_____
Executing officer's signature

DAVID RAPP, Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)                                                                     Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305Z-SL-3295195

On (date): 9-24-2020

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name): Richard Hanson
(Street Address): 614 GreenTree Meadows Dr
(City): Lake St. Louis, MO 63367

Description of Item(s): Black computer tower serial # MGP10GC12248 (basement H); lenovo yoga silver laptop C740-15IML S/N PF1YJXEQ (basement H) + powercord; Dell black + silver laptop serial # 1VL55R1 (Basement H) + powercord; black inateck external harddrive model # FE3001 (basement H); Green Apple iPhone 11 serial # DNPZQ1EMN72V (basement H);

Nothing below

Received By: _[signature]_
(Signature)
Printed Name/Title: Gregory S. Melx - SA

Received From: _[signature] Patricia Hansen_
(Signature)
Printed Name/Title: Patricia L. Hanson