# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>The entire premises located at 614 Green )<br>Tree Meadows Drive, Lake Saint Louis, MO )<br>63367, and any person located at the )<br>SUBJECT PREMISES. )<br>) | No. 4:20 MJ 8007 SRW |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/Jillian Anderson
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF The entire premises located at 614 Green Tree Meadows Drive, Lake Saint Louis, MO 63367, and any person located at the SUBJECT PREMISES. | ) ) ) ) ) ) ) ) No.  4:20 MJ 8007 SRW |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s) along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
HONORABLE STEPHEN R. WELBY
United States Magistrate Judge

Dated: This _____ day of July 2021